■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GILBERT MILLIGANS, Appellant. — Judgment of the Supreme Court, Kings County (Owens, J.), rendered June 16, 1983, affirmed. No opinion.

This case is remitted to the Supreme Court, Kings County, for further proceedings pursuant to CPL 460.50 (subd 5). Titone, J. P., Bracken, Niehoff and Rubin, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERNEST MUNLIN, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Suffolk County (Vaughn, J.), rendered January 7, 1980, convicting him of attempted burglary in the third degree and attempted petit larceny, after a nonjury trial, and imposing sentence.

Judgment affirmed.

After reviewing the evidence presented at the suppression hearing, we are satisfied that defendant made a knowing and intelligent waiver of his *Miranda* rights and that the confession which ensued was voluntary, and not the product of coercion or duress (see *People v Davis,* 55 NY2d 731; *People v Huntley,* 15 NY2d 72). We further find that the evidence, including the admissions made by defendant, was legally sufficient to warrant the convictions (see *People v Safian,* 46 NY2d 181, cert den *sub nom. Miner v New York,* 443 US 912; *People v Talve,* 73 AD2d 629; see, also, *People v King,* 61 NY2d 550). Lazer, J. P., Brown, Boyers and Eiber, JJ., concur.